1   Edward W. Swanson, SBN 159859
    Swanson, McNamara & Haller LLP
2   300 Montgomery Street, Suite 1100
    San Francisco CA 94104
3   Telephone: (415) 477-3800
    Facsimile: (415) 477-9010
4   Email: eswanson@smhlegal.com

5   Counsel for Defendant AARON WILSON

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,          )     No. CR 09-0590 JSW
11                                      )
                          Plaintiff,    )     STIPULATION AND [PROPOSED]
12                                      )     ORDER PERMITTING EXTENSION OF
    vs.                                 )     CURFEW AND TRAVEL TO EASTERN
13                                      )     DISTRICT OF CALIFORNIA ON JULY 12
    AARON WILSON,                       )     AND 13, 2009
14                                      )
                          Defendant.    )
15  _____    )

16

17          Defendant Aaron Wilson has informed defense counsel and Pretrial Services Officer

18  Richard Sarlatte that the mother of his girlfriend/mother of his children died on July 5, 2009.  He

19  seeks permission to travel out of the Northern District of California and to extend his curfew on

20  the days of the viewing and the funeral, which are July 12 and 13, 2009.  Specifically, the

21  viewing is from 2:00 p.m. to 5:00 p.m. on July 12, 2009 at 1850 W. Texas Street, Fairfield, CA,

22  and the funeral is at 11:00 a.m. on July 13, 2009 at the same address.  Mr. Wilson would also

23  like to accompany his family to the family gatherings at a relative's home at 216 Marin Court,

24  Rodeo, California after the viewing and after the funeral.  Pretrial Services Officer Allen Lew

25  has confirmed that Rodeo is within the Northern District of California.  Taking into account

26  travel time and time to be spent with family, Mr. Wilson requests that his curfew be extended to

                                          1

1 | midnight on July 12 and 13, 2009 and that he permitted to go to the Eastern District of California

2 | on those days for the viewing and funeral.

3 |       Pretrial Services Officer Richard Sarlatte takes no position on the request and notes that

4 | Mr. Wilson has been in compliance with his GPS monitoring and all other conditions of release

5 | since his release from custody on June 16, 2009.  AUSA Benjamin Tolkoff has no objection to

6 | the request.

7 | SO STIPULATED:

8 |                                               JOSEPH P. RUSSONIELLO
United States Attorney

10

DATED: July 10, 2009                            /s/

11 |                                               BENJAMIN TOLKOFF
Assistant United States Attorney

13

DATED: July 10, 2009                            /s/

14 |                                               EDWARD W. SWANSON
Counsel for Aaron Wilson

16 |     For the reasons stated above, the Court orders that Aaron Wilson shall be permitted to travel

17 | to the Eastern District of California on July 12 and 13, 2009 in order to attend the viewing and

18 | funeral described in the stipulation above.  The Court further orders that Mr. Wilson's curfew

19 | shall be extended to midnight on July 12 and 13, 2009 for the same and to allow Mr. Wilson to

20 | attend family gatherings after the viewing and funeral.

21 | SO ORDERED.

23 | DATED:___7/10/9_____

24 |                   THE HONORABLE [                    ]
United States Magistrate [Judge Joseph C. Spero]

2