JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYBN 4294443)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:    (415) 436-7296
    Facsimile:    (415) 436-7234
    Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 09-0590 (JSW) |
| ) | |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER TITLE 18 U.S.C. § 3161 |
|     v. ) | |
| ) | |
| AARON WILSON, ) | |
| ) | |
|     Defendant. ) | |

On August 27, 2009, the parties in this case appeared before the Court and set dates for motions briefing. At that time, the parties requested, and the Court agreed, to continue this matter for a motions hearing on October 15, 2009. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

The defendant also agrees to exclude for this period of time, any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the continuance was the

STIP. & [PROPOSED] ORDER EXCL. TIME
FRANKLIN; CR 09-0590 (JSW)     1

reasonable time necessary for continuity of counsel and effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                        JOSEPH P. RUSSONIELLO
                        United States Attorney

DATED: August 27, 2009         /s/
                        BENJAMIN P. TOLKOFF
                        Assistant United States Attorney

DATED: August 27, 2009         /s/
                        EDWARD W. SWANSON
                        Attorney for AARON WILSON

For the reasons stated above, the Court finds that the continuation of this matter from August 27, 2009, to October 15, 2009, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: August 28, 2009         *Jeffrey S. White*
                        HONORABLE JEFFREY S. WHITE
                        United States District Court Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
FRANKLIN; CR 09-0590 (JSW)         2